JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. NARANJO, on behalf of himself and others similarly situated, | Case No. 8:25-CV-00405-JWH-DFM |
| Plaintiff, | [Removed from Orange County Superior Court Case No. 30-2025-01451420-CU-OE-CXC] |
| vs. | [Related to PAGA Action Case No. 8:25-cv-00914-JWH-DFM] |
| PARKER-HANNIFIN CORPORATION et. al.; and DOES 1 to 100, inclusive, | **ORDER TO CONTINUE AND STAY THIS MATTER** |
| Defendants. | Judge:          Hon. John W. Holcomb<br>Courtroom:  9D |

Upon review and consideration of the stipulation of the Parties, and with good cause appearing therefor, it is hereby **ORDERED** as follows:

1.     This matter is **STAYED** pending the completion of mediation on April 9, 2026.  Any party may move at any time to modify or vacate the stay, for good cause shown.

2.     All future dates, including the October 31, 2025, hearing on the Court's Order to Show Cause regarding Consolidation of Plaintiff's Related Cases and all motion for class certification related deadlines, are **VACATED**.

3.     The parties are **DIRECTED** to file no later than April 24, 2026, a Joint Status Report that advises the Court regarding the posture of the case.

4.     A Status Conference is **SET** in Courtroom 9D for May 8, 2026, at 11:00 a.m.  Counsel for the parties are **DIRECTED** to appear in person at that date and time.

**IT IS SO ORDERED.**

Dated:    October 28, 2025

Honorable John W. Holcomb
United States District Judge